IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| BIZUAYEHU YLIMA BAYEH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 3:22-cv-01008-C |

**DEFENDANTS' UNOPPOSED MOTION FOR AN**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

In this case, Plaintiff Bizuayehu Ylima Bayeh seeks a writ of mandamus to compel U.S. Citizenship and Immigration Services (USCIS) to adjudicate a Form I-485, "Application to Register Permanent Residence or Adjust Status." *See* Doc. 1 at 2. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully move the Court for a 45-day extension of time to answer or otherwise respond to the complaint, which would extend the response deadline from May 26, 2022 to July 11, 2022. The reason for this extension request is that, on May 23, 2022, USCIS issued a request for evidence to Plaintiff in connection with the Form I-485. A response to the request for evidence is due by August 18, 2022, which constitutes the maximum period allowed for responding to requests for evidence. *See* 8 C.F.R. § 103.2(b)(8)(iv) ("The request for evidence . . . will indicate the deadline for response, but in no case shall the maximum

**Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond – Page 1**

response period provided in a request for evidence exceed twelve weeks . . . .").[1]  Upon receipt of the response to the request for evidence, USCIS will resume processing the Form I-485.  USCIS expects that, by July 11, 2022, it will have either completed adjudicating the Form I-485, rendering the lawsuit moot, or at least be in a significantly better position to determine what additional steps may be necessary before completing adjudication.  Plaintiff does not oppose this extension request.  Therefore, Defendants respectfully move the Court for a 45-day extension of time to answer or otherwise respond to Plaintiff's complaint, from May 26, 2022 to July 11, 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney
Texas Bar No. 24075989
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8737
Facsimile:   214-659-8807
lisa.hasday@usdoj.gov

Attorneys for Defendants

---

[1] Defendants note that, in response to the Covid-19 pandemic, USCIS has extended flexibilities for responding to agency requests and, before taking any action, the agency will consider a response to a request for evidence that is received within 60 calendar days after the response due date set in the request.  *See* https://www.uscis.gov/newsroom/alerts/uscis-extends-flexibility-for-responding-to-agency-requests-1.

**Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond – Page 2**

Certificate of Conference

I certify that, on May 23 and 24, 2022, I conferred with Plaintiff's counsel regarding this motion, and counsel stated that Plaintiff does not oppose the motion.

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney

Certificate of Service

On May 24, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Lisa R. Hasday
Lisa R. Hasday
Assistant United States Attorney